# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KAREN RICE, INDIVIDUALLY AND AS ADMINISTRATOR TO THE ESTATE OF TIMOTHY RICE,

              Petitioner

        v.

JUDY BOLLINGER, RICHARD GEORGE, S & S HOME BUILDERS, INC., HAROLD RICE AND/OR HAROLD RICE D/B/A HR RICE CUSTOM PAINTING AND/OR HAL RICE,

              Respondents

:  No. 527 MAL 2017

:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Petitioner's Application for Leave to Amend is **DENIED**.